Opinion issued April 29, 2010.

 



 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00954-CV

———————————

TERRY L.
JONES, Appellant

V.

MARY LOU PRECELLA, Appellee



 



 

On Appeal from the 280th District Court  

Harris County, Texas



Trial Court Case No. 2008-17562

 



MEMORANDUM OPINION

Appellant, Terry L.
Jones, has failed to timely file a brief. 
See Tex. R. App. P.
38.8(a) (failure of appellant to file brief). 
After being notified that this appeal was subject to dismissal,
appellant did not adequately respond. See
Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to
timely file a brief.  We deny all pending
motions.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Alcala and Higley.